IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **Criminal No. 06-0228** |
| | ) | **Electronically Filed** |
| **CURT D. KOSOW** | ) | |

### ORDER OF COURT REGARDING APPOINTMENT OF COUNSEL
### FOR LIMITED PURPOSE - COMPETENCY PROCEEDINGS ONLY

On August 22, 2007, this Court entered an Order appointing Attorney R. Damien Schorr pursuant to the Criminal Justice Act to represent defendant Curt Kosow. Although said Order did not specifically state the limited nature of the representation, the Court's other Order of August 22, 2007 cancelling the trial and scheduling competency proceedings specified that said appointment would be "for the limited purpose of representing defendant at the competency proceedings only." Accordingly,

**IT IS HEREBY ORDERED** that the Appointment of Attorney R. Damien Schorr is for the limited purpose of representing defendant at the competency proceedings only. In the event Mr. Kosow is determined to be competent to stand trial and to qualify financially for appointed counsel for trial, the Court will consider extending Mr. Schorr's representation of defendant for trial.

SO ORDERED this 23rd day of August, 2007.

 s/ Arthur J. Schwab
Arthur J. Schwab
United States District Judge

cc: All counsel of record and as listed below

Carolyn J. Bloch, Esquire
United States Pretrial Services
Curt Kosow