IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**UNITED STATES OF AMERICA** )
)
**v.** ) **Criminal No. 06-0228**
) **Electronically Filed**
**CURT D. KOSOW** )

## ORDER OF COURT

In light of this Court's finding that defendant Curt D. Kosow was not attempting to flee on November 29, 2007, the date his verdict was rendered, and in the absence of a government lien or pending forfeiture proceedings, the Court will exercise its discretion under 18 U.S.C. § 3146(d) in favor of defendant, and, therefore, will not declare forfeited his bond in the amount of $25,000.00. Accordingly,

IT IS HEREBY ORDERED that defendant's Motion to Recover and Return Bond (doc. no. 173) is GRANTED. The Clerk of Court is directed to return to defendant the $25,000.00 deposited in the Court's Registry.

This Order of Court shall be stayed until May 15, 2009, days to permit the government to seek appellate review.

**SO ORDERED** this 15th day of April, 2009

s/Arthur J. Schwab
Arthur J. Schwab
United States District Judge

cc: All counsel of record

Curt D. Kosow, pro se
Register No. 09013-068
FCC Coleman, Low
P.O. Box 1031
Coleman, FL 33521-1031